AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jaquell Antonio McCullum, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:13-cv-00006-JFA-SVH |
| | ) | |
| | ) | |
| Nurse Nancy Truluck; Sgt. Wesley Ingram, | ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jaquell Antonio McCullum, shall take nothing of the defendants; Nurse Nancy Truluck and Sgt. Wesley Ingram, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, which dismissed the complaint without prejudice.

Date:   September 23, 2013                              *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/A. Buckingham
                                                        *Signature of Clerk or Deputy Clerk*